DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL EVENT, INC.,**
Appellant,

v.

**SAMANTHA GREENBERG,**
Appellee.

No. 4D22-3151

[August 24, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE20-006186.

Alan G. Kipnis of Government Law Group, PLLC, Fort Lauderdale, for appellant.

Jessica Serell Erenbaum of Venable, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***